No. 343. ELIZA M. BRITTON, ETC., PLAINTIFF IN ER-
ROR, *v.* AUGUSTIN B. WHEELER. In error to the Supreme
Court. of the State of Louisiana. Motion to dismiss or
affirm submitted October 19, 1914. Decided November 2,
1914. *Per Curiam.* Dismissed for want of jurisdiction
upon the authority of (1) *Spies* v. *Illinois,* 123 U. S. 131,
181; *Erie Railroad Co.* v. *Purdy,* 185 U. S. 148, 154;
(2) *Rogers* v. *Clark Iron Co.,* 217 U. S. 589; *John* v. *Paul-
lin,* 231 U. S. 583; *McDonald* v. *Oregon Navigation Co.,* 233
U. S. 665. *Mr. Charles Louque* for the plaintiff in error.
*Mr. George Denegre* and *Mr. Victor Leovy* for the defendant
in error.

No. 20. MELVIN W. MILLS, APPELLANT, *v.* THE TER-
RITORY OF NEW MEXICO. Appeal from the Supreme Court
of the Territory of New Mexico. Submitted for appellee
October 26, 1914. Decided November 2, 1914. *Per
Curiam.* Decree affirmed with costs, and cause remanded
to the Supreme Court of the State of New Mexico. *Treat*
v. *Grand Canyon Ry.,* 222 U. S. 448, 452; *Straus* v.
*Foxworth,* 231 U. S. 162, 169–170; *Phœnix Ry.* v.
*Landis,* 231 U. S. 578, 579–580; *Work* v. *United Globe
Mines,* 231 U. S. 595, 599; *Arizona* v. *Copper Queen Min-
ing Co.,* 233 U. S. 87, 93–94. No brief filed for the appel-
lant. *Mr. Frank W. Clancy* for the appellee.